UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALID AHMED STROUP,

Plaintiff,

v.

ALICIA HARTLEY,

Defendant.

No. 2:21-cv-1283-EFB P

ORDER

Plaintiff is a county jail inmate proceeding without counsel in this civil action. Plaintiff has submitted only the first page of an application for leave to proceed in forma pauperis and only pages three and six of a form civil rights complaint. ECF No. 4. Plaintiff requests an extension of time to file a certified trust account statement in support of his application for leave to proceed in forma pauperis. ECF No. 5.

It is ORDERED that:

1. Plaintiff's incomplete request for leave to proceed in forma pauperis (ECF No. 4) is denied without prejudice to filing a properly completed application along with a complaint that is complete in itself without reference to any other document, within 30 days from the date of service of this order.

2. Plaintiff's request for an extension of time (ECF No. 5) is denied as moot.

/////

1

3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis and a form Civil Rights Complaint.

4. Failure to comply with this order may result in dismissal of this action.

Dated: September 29, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE